FILED
2023 Jan-25 PM 02:31
U.S. DISTRICT COURT
N.D. OF ALABAMA

PFE/JAB: FEBRUARY 2023
GJ# 13

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## <u>MIDDLE DIVISION</u>

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v. ) | Case No. |
| ) | |
| **MARCUS SPANEVELO,** ) | |
|     **Defendant.** ) | |

## <u>INDICTMENT</u>

<u>**COUNT ONE**</u>**:  [18 U.S.C. § 1201(a)(1)]**

The Grand Jury charges that:

On or about the 28th day of March 2022, in St. Clair County, within the Northern District of Alabama, and elsewhere, the Defendant,

**MARCUS SPANEVELO,**

did knowingly, unlawfully and willfully seize, confine, inveigle, decoy, kidnap, abduct, carry away, and otherwise hold C.C.C. for his own benefit and purpose, and in committing and in furtherance of the commission of the offense, the Defendant willfully transported C.C.C. in interstate commerce across a state boundary from the State of Florida to the State of Alabama, the Defendant knowingly traveled in interstate commerce from the State of Florida to the State of Alabama, and the Defendant knowingly used a means, facility, and instrumentality of interstate and

foreign commerce, including, but not limited to, a cellphone and a GMC motor vehicle, which offense resulted in the death of C.C.C.

All in violation of Title 18, United States Code, Section 1201(a)(1).

A TRUE BILL

*/s/ electronic signature*
FOREPERSON OF THE GRAND JURY

        PRIM F. ESCALONA
        United States Attorney

        */s/ electronic signature*
        ALAN BATY
        Assistant United States Attorney

        */s/ electronic signature*
        WILLIAM G. SIMPSON
        Assistant United States Attorney

        */s/ electronic signature*
        JOHN C. CAMP
        Assistant United States Attorney