# Memorandum

| Subject | Date |
|---|---|
| Writ of Habeas Corpus<br>*United States v. Marcus Spanevelo*<br>Case No. **1:23-CR-00021-RDP-SGC** | January 26, 2022 |

| To | From |
|---|---|
| Clerk of the Court<br>Northern District of Alabama | /s/ *Alan Baty*<br>ALAN BATY<br>Assistant United States Attorney |

Please cause a Writ of Habeas Corpus *Ad Prosequendum* to be issued to the St. Clair County Sheriff's Office, 48 6th Street, Suite 300, Ashville, AL 35953, for *Marcus Spanevelo,* to appear before this Court in the above-referenced case for Arraignment on Thursday, February 9th, 2023, at 9:30 a.m., in the Hugo Black US Courthouse before United States Magistrate Judge Staci G. Cornelius.

cc: USMS