# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| vs. | ) Case No. 4:23-cr-00021-RDP-SGC |
| | ) |
| **MARCUS SPANEVELO** | ) |

## NOTICE OF APPEARANCE

Comes now the undersigned, Lisa M. Ivey, and enters her formal appearance as Criminal Justice Act attorney of record for Defendant, Marcus Spanevelo.

Respectfully submitted,

*/s/ Lisa M. Ivey*
Lisa M. Ivey (asb-2264-a36i)
Attorney for Defendant

**OF COUNSEL:**
**STUBBS, SILLS & FRYE P.C.**
1724 South Quintard Avenue
Post Office Box 2023
Anniston, Alabama 36202
Phone: (256) 835-5050
Email: lisa@stubbssillsfrye.com

## CERTIFICATE OF FILING AND SERVICE

I hereby certify that, on this the 16th day of November 2023, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all CM/ECF participants in this case.

*/s/ Lisa M. Ivey*
Lisa M. Ivey (asb-2264-a36i)