IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| vs. | ) Case No. 4:23-cr-00021-RDP-SGC |
| | ) |
| MARCUS SPANEVELO | ) |

## UNOPPOSED MOTION TO CONTINUE

Mr. Marcus Spanevelo, by and through counsel and without opposition from the United States, moves this Honorable Court to continue trial and extend all pretrial motions and notice deadlines for ninety days, in accordance with 18 U.S.C. § 3161(h)(7)(A). In support thereof, Mr. Spanevelo states as follows:

1. Mr. Spanevelo is charged with one count of kidnapping that resulted in the death of a person. The undersigned was appointed to represent Mr. Spanevelo on November 15, 2023. (Doc. 27.)

2. Requests for a continuance are addressed to the sound discretion of the trial court. See United States v. Darby, 744 F.2d 1508, 1521 (11th Cir. 1984). A continuance in order to allow defendant "the reasonable time necessary for effective preparation" for trial is one of the factors considered significantly by the Speedy Trial Act. United States v. Davenport, 935 F.2d 1223, 1235 (11th Cir. 1991); 18 U.S.C. 3161(h)(8)(B)(iv). And the Eleventh Circuit has repeatedly recognized that a continuance in order to provide adequate preparation by counsel serves the ends of justice. See, e.g., United States v. Goetz, 826 F.2d 1025, 1028 (11th Cir. 1987) United States v. Elkins, 795 F.2d 919, 924 (11th Cir. 1986); United States v. Sarro, 742 F.2d 1286, 1300 (11th Cir. 1984).

3. Discovery in this matter is voluminous and ongoing. The undersigned also has just recently concluded a civil trial in the Middle District of Alabama that resulted in a significant

adverse verdict, which will require immediate postjudgment work, and has a multi-week trial upcoming in February of 2024, which matters have consumed and will continue to consume significant time. Undersigned counsel requires additional time to pursue independent investigation, continue dialogue with the United States, and either prepare the constitutionally required adequate defense or intelligently advise Mr. Spanevelo on a plea bargain. A continuance of ninety days is necessary to accomplish these tasks.

4. The undersigned has spoken with Assistant United States Attorney Alan Baty, who does not oppose this motion.

FOR THESE REASONS, Mr. Spanevelo moves to continue all scheduling order deadlines for ninety (90) days, and to continue trial accordingly.

            Respectfully submitted,

            */s/ Lisa M. Ivey*
            Lisa M. Ivey (asb-2264-a36i)
            Attorney for Defendant

**OF COUNSEL:**
**STUBBS, SILLS & FRYE P.C.**
1724 South Quintard Avenue
Post Office Box 2023
Anniston, Alabama 36202
Phone: (256) 835-5050
Email: lisa@stubbssillsfrye.com

## CERTIFICATE OF FILING AND SERVICE

I hereby certify that, on this the 29th day of January 2024, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all CM/ECF participants in this case.

            */s/ Lisa M. Ivey*
            Lisa M. Ivey (asb-2264-a36i)