PFE/JAB: SEPTEMBER 2025
GJ# 29

### UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ALABAMA
### <u>MIDDLE DIVISION</u>

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) <br> ) <br> **v.** ) <br> ) <br> **MARCUS SPANEVELO,** ) <br>     **Defendant.** ) | Case No. 4:23-cr-0021-RDP-SGC |

## <u>SUPERSEDING INDICTMENT</u>

### COUNT ONE
*Kidnapping Resulting in Death*
**[18 U.S.C. § 1201(a)(1)]**

The Grand Jury charges that:

On or about the 28th day of March 2022, in St. Clair County, within the Northern District of Alabama, and elsewhere, the defendant,

### MARCUS SPANEVELO,

did knowingly, unlawfully, and willfully seize, confine, inveigle, decoy, kidnap, abduct, carry away, and otherwise hold Individual 1 for his own benefit and purpose, and in committing and in furtherance of the commission of the offense, the Defendant willfully transported Individual 1 in interstate commerce across a state boundary from the State of Florida to the State of Alabama, the Defendant knowingly traveled in interstate commerce from the State of Florida to the State of Alabama, and the Defendant knowingly used a means, facility, and instrumentality

of interstate and foreign commerce, including, but not limited to, a cellphone and a GMC motor vehicle, which offense resulted in the death of Individual 1.

All in violation of Title 18, United States Code, Section 1201(a)(1).

## Notice of Special Findings

Count One of the Indictment is fully re-alleged and incorporated herein by reference. As to Count One, the defendant, **MARCUS SPANEVELO:**

a. was 18 years of age and older at the time of the offense (18 U.S.C. § 3591(a));

b. intentionally killed Individual 1 (18 U.S.C. § 3591(a)(2)(A));

c. intentionally inflicted serious bodily injury that resulted in the death of Individual 1 (18 U.S.C. § 3591(a)(2)(B));

d. intentionally participated in an act, contemplating that the life of a person would be taken or intending that lethal force would be used in connection with a person, other than one of the participants in the offense, and Individual 1 died as a direct result of the act (18 U.S.C. § 3591(a)(2)(C));

e. intentionally and specifically engaged in an act of violence, knowing that the act created a grave risk of death to a person, other than one of the participants in the offense, such that participation in the act constituted a reckless disregard for human life, and Individual 1 died as a direct result of the act (18 U.S.C. § 359l(a)(2)(D));

f. the death, or injury resulting in death, occurred during the commission or attempted commission of, or during the immediate flight from the commission of, an offense under 18 U.S.C. § 1201(a)(1) (Kidnapping) (18 U.S.C. § 3592(c)(1)); and

g. committed the offense after substantial planning and premeditation to cause the death of a person (18 U.S.C. § 3592(c)(9)).

A TRUE BILL

*/s/ Electronic Signature*_____
FOREPERSON OF THE GRAND JURY

                                        PRIM F. ESCALONA
                                        United States Attorney

                                        */s/ Electronic Signature*_____
                                        LLOYD PEEPLES
                                        Assistant United States Attorney

                                        */s/ Electronic Signature*_____
                                        ALAN BATY
                                        Assistant United States Attorney

                                        */s/ Electronic Signature*_____
                                        DANIEL MCBRAYER
                                        Assistant United States Attorney

                                        */s/ Electronic Signature*_____
                                        BRITTNEY PLYLER
                                        Assistant United States Attorney