# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) |
| | ) Case No. 4:23-cr-00021-CLM-SGC |
| MARCUS SPANEVELO, | ) |
| | ) |
| Defendant. | ) |

## **ORDER**

Marcus Spanevelo has filed a motion requesting a court order authorizing professional members of his defense team, specifically investigator Roy Bennett and paralegal Claire Ertel, to meet with him at the Talladega County Jail without being accompanied by defense counsel. (Doc. 86). For the reasons to follow, the motion will be granted.

The defendant is charged in a superseding indictment with kidnapping in violation of 18 U.S.C. § 1201(a)(1). (Doc. 77). Where, as here, a kidnapping results in the death of a person, the statute provides that the punishment shall be death or life imprisonment. On October 5, 2025, the Government filed notice of its intent to seek the death penalty. (Doc. 79). Given the nature and complexity of this case, the court has appointed three lawyers and authorized funding for investigative and paralegal services to ensure Mr. Spanevelo a fair and adequate defense. (*See* Docs. 27, 50, 70). In addition, a protective order governing discovery prohibits the

defendant from personally maintaining copies of material produced by the Government. (Doc. 13). Under these circumstances, the court finds it appropriate to authorize Mr. Bennett and Ms. Ertel to meet with the defendant individually, without being accompanied by counsel, to review discovery and otherwise prepare for trial, while counsel continue conducting substantive legal work to maximize efficiencies and avoid duplication of work.

Accordingly, the court **GRANTS** the defendant's motion (Doc. 86) and authorizes Roy Bennett and Claire Ertel to have contact visits with Mr. Spanevelo at the Talladega County Jail without being accompanied by defense counsel. Further, given the terms of the protective order, during their meetings with Mr. Spanevelo at the Talladega County Jail, Mr. Bennett and Ms. Ertel shall be permitted to bring with them computers, hard drives, writing implements, and any other materials necessary to review discovery and assist with his defense. The U.S. Marshals Service is directed to provide a copy of this order to the appropriate personnel at the Talladega County Jail, who shall comply with the provisions of this order.

**DONE** and **ORDERED** this 17th day of November, 2025.

_/s/ Staci G. Cornelius_
STACI G. CORNELIUS
U.S. MAGISTRATE JUDGE